COMPLAINT by A PRISONER UNDER the CIVIL RIGHT ACT. 42 U.S.C 1983.

NAME __WEAVER___ __WILLIE___ _____
       (LAST)         (FIRST)  (INITIAL)

PRISONER NUMBER __J-91389__

INSTITUTIONAL ADDRESS __PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

VS.

DIRECTOR, WARDEN, FIRST WATCH ASSIST WARDEN, CAPTAIN, MEDICAL LIEUTENANT, SERGEANT, CORRECTIONAL OFFICERS
(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

CASE NO. _____
(TO BE PROVIDED by THE CLERK OF COURT)

(PR)

COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C 1983 INMATES,

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED.)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
NOTE! YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIM CAN GO FORWARD, THE COURT WILL DISSMISS ANY UNEXHAUSTED CLAIMS)
A. PLACE OF PRESENT CONFINEMENT P.S.4
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )
D. IF YOUR ANSWER IS YES LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

(1)

APPEAL AT EACH LEVEL OF REVIEW, IF YOU did NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.
1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
YES ( )   NO ( )

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE. EXPLAIN WHY. STILL BEING PROCESSED

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.
DIRECTOR, WARDEN, ASSIST WARDEN, CAPTAIN, MEDICAL, LIEUTENANT, SERGEANT, FIRST WATCH 03/04/08 CORRECTIONAL OFFICERS INMATES IN CELL 211, 110, 209, 208, 207, 204, 203

COMPLAINT                    (2)

STATEMENT OF CLAIM
STATE HERE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. BE SURE TO DESCRIBE HOW EACH DEFENDANT IS INVOLVED AND HOW TO INCLUDE DATES. WHEN ARGUMENTS OR CITE ANY CASES OR STATUTES, IF YOU HAVE MORE THAN ONE CLAIM, EACH CLAIM SHOULD BE SET FORTH IN A SEPARATE NUMBER PARAGRAPH.

SLEEP DEPRIVATION OF PLAINTIFF, & NEIGHBOR'S CALLING HIM NAMES, THREATING PLAINTIFF, HARRASSING PLAINTIFF, CONSPIRACY'S IN CELL 211, 110, 209, 208, 207, 204, 203, ON 03/04/08. HE'S BEING WOKEN FROM SLEEP, OF SENSORY DEVICE MACHINE AS BEFORE THESE ARE WITNESSES ARE HAVING THE SAME PROBLEMS JOHN RABE D-58062 B-2, CARLOS LUTZ MONTEZELLO, #1 BLOCK DEFENDANT(S) SHOWED DELIBERATE INDIFFERENCE UNDER THE EIGHT AMENDMENT

IV. RELIEF THAT CONSTITUE CRUEL UNUSUAL PUNISH
YOUR COMPLAINT CANNOT GO FORWARD UNLESS YOU REQUEST SPECIFIC RELIEF. STATE BRIEFLY EXACTLY WHAT YOU WANT ARE THE COURT TO DO FOR YOU MAKE NO LEGAL ARGUMENTS. CITE NO CASES OR STATUTES.

LIABILITY DAMAGES: 50,000 FIFTY THOUSAND DOLLARS DUE TO: THREATING, HARRASSMENT'S CONSPIRACY'S U.S. CONSTITUTIONAL VIOLATIONS, PENAL CODE VIOLATIONS.

PUNITIVE DAMAGES: 50,000 FIFTY THOUSAND DOLLARS DUE TO: MENAL ANGUISH, STRESS DISORDER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

SIGNED this ___03___ day of __09__ 2008

COMPLAINT     - 3 -